UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Re-Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

June 13, 2006

10:00 A.M.

CASE NO.   3-01-cr-100 (PCD)   USA v. Frank Czerwinski

    COUNSEL OF RECORD:

| | |
|---|---|
| William J. Nardini, AUSA | U.S. Attorney's Office, 157 Church St., 23rd Fl., New Haven, CT 06510     203-821-3700 |
| Thomas G. Dennis, FPD | Federal Public Defender's Office, 10 Columbus Blvd., 6th Floor, Hartford, CT 06106-1976, 860-493-6260 |
| U.S. Probation Office | U.S. Probation Office, 157 Church St., New Haven, CT 06510     203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK