UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:01-CR-100 (PCD) |
| | : | |
| | : | |
| FRANK CZERWINSKI | : | July 25, 2006 |

GOVERNMENT'S MOTION FOR INLCUSION OF LANGUAGE IN JUDGMENT

At a sentencing hearing on June 29, 2006, this Court imposed an amended sentence of 41 months on the defendant. In the course of that hearing, the defendant stated in open court that he was abandoning any claim to certain items which had been seized by law enforcement authorities in the course of the present investigation. To reflect these statements, as well as the Court's decision (in conformity with the defendant's expressed desires) that $100 in cash seized from the defendant should be applied toward restitution, the Government proposes inclusion of the following language in the amended Judgment:

> In conformity with the defendant's oral, in-court statements, the Court orders that $100.00 seized from the defendant upon his arrest be applied towards restitution in this case.

> Moreover, the Court finds that the defendant knowingly and voluntarily abandoned any and all claim to the following items of evidence that were seized in the course of the investigation of the offenses of conviction: a Hotel Duncan receipt; black nylon pants; C.G.S. papers; one black sweater; one newspaper; one bag of assorted clothing; one Marksman 1020 BB Gun, Serial #00267357; one plastic box for Marksman 1020 air pistol; one 1989 Dodge Dynasty VIN # 1B3BC46K5KD471882; one "Check In" black jacket; one green piece of paper with phone number; one note; one bank deposit slip; one "Starter" lt. gray sweatshirt with black band sleeves. The Government shall, in its discretion, dispose of this property as appropriate.

Defense counsel has indicated that he has no objection to this request.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/

WILLIAM J. NARDINI
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT16012
157 Church Street, 23rd Floor
New Haven, CT  06510
Tel.: (203) 821-3748
Fax: (203) 773-5377
william.nardini@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, a copy of the foregoing motion was delivered by e-mail to defense counsel, Thomas Dennis, Esq.

/s/

_____
William J. Nardini
Assistant U.S. Attorney