UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. 3:01 ® 100 (PCD) |
| | : | CASE NO. 3:01 ® 275 (PCD) |
| FRANK CZERWINSKI | : | |

**AMENDMENT TO JUDGMENT**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on July 12, 2002, be amended as follows:

"In conformity with the defendant's oral, in-court statements, the Court orders that $100.00 seized from the defendant upon his arrest be applied towards restitution in this case.

Moreover, the Court finds that the defendant knowingly and voluntarily abandoned any and all claim to the following items of evidence that were seized in the course of the investigation of the offenses of conviction: a Hotel Duncan receipt; black nylon pants; C.G.S. papers; one black sweater; one newspaper; one bag of assorted clothing; one Marksman 1020 BB Gun, Serial #00267357; one plastic box for Marksman 1020 air pistol; one 1989 Dodge Dynasty VIN #1B3BC46K5KD471882; one "Check In" black jacket; one green piece of paper with phone number; one note; one bank deposit slip; one "Starter" lt. gray sweatshirt with black band sleeves. The Government shall, in its discretion, dispose of this property as appropriate."

In all other respects the Judgment & Order of Commitment entered by this Court on July 12, 2002 remains the same.

It is So Ordered.

Dated at New Haven, Connecticut, this  12th  day of August, 2006.

                                                      /s/
                                    Peter C. Dorsey, Senior Judge
                                    U.S. District Court