UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

   V.                                                 CASE NO. 3:01 CR 100 (PCD)

FRANK CZERWINSKI

## ORDER TO VACATE

It is hereby Ordered that the Amended Judgment entered by this Court in the above-entitled case on August 15, 2006, be vacated.

It is So Ordered.

Dated at New Haven, Connecticut, this 29th day of August, 2006.

/s/
Peter C. Dorsey, Senior Judge
U.S. District Court