AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FILED 2007 NOV 16 P 12:09

DISTRICT OF __CONNECTICUT__

UNITED STATES OF AMERICA

V.

FRANK CZERWINSKI

WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 01 CR 100 (PCD)
01 CR 245 (PCD)

I, __FRANK CZERWINSKI__, charged in a (~~Complaint~~) (petition) pending in ~~this~~ District __of Pennsylvania (+ this district)__ with __Violation of Supervised Release__

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by ~~Rule 5 or~~ Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

_____
Defendant

11/16/07
Date

_____
Counsel for Defendant