IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------x
:
UNITED STATES OF AMERICA        :      3:01 CR 100 (PCD)
:      3:01 CR 275 (PCD)
v.                              :
:
FRANK CZERWINSKI                :      DATE: NOVEMBER 16, 2007
:
-----------------------------------------------------x

## ORDER OF DETENTION

Defense counsel agrees that the Government's motion for detention may be granted, without prejudice to defendant filing a motion for reconsideration upon his arrival in the U.S. District Court for the Eastern District of Pennsylvania.

Dated at New Haven, Connecticut, this 16th day of November, 2007.

__/s/_____
Joan G. Margolis
U.S. Magistrate Judge